IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMMED MEKUNS** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CAPELLA EDUCATION COMPANY,** | : | No. 15-1542 |
| *Defendant*. | : | |

# ORDER

**AND NOW**, this 13th day of November, 2015, upon consideration of Mr. Mekuns's Complaint (Docket No. 1), Defendant's Motion to Dismiss (Docket No. 9), Mr. Mekuns's Response in Opposition (Docket No. 10), Defendant's Reply in Support (Docket No. 11), and after oral argument on October 7, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. Defendants' Motion to Dismiss (Docket No. 9) is **GRANTED**;

2. All claims against Defendants are **DISMISSED**; and

3. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1